1  Michael B. Bernacchi *(Specially appearing)*
   California Bar No. 163657
2  Nancy Jerian Marr *(Specially appearing)*
   California Bar No. 143248
3  BURKE, WILLIAMS & SORENSEN, LLP
   444 South Flower Street, Suite 2400
4  Los Angeles, CA 90071-2953
   Tel: 213.236.0600 | Fax: 213.236.2700
5  E-mail:  mbernacchi@bwslaw.com,
   nmarr@bwslaw.com
6  *Attorneys for Defendant Hartford Life and Accident Insurance Company*

7

8  **UNITED STATES DISTRICT COURT**

9  **DISTRICT OF NEVADA**

10

| | |
|---|---|
| 11  SONDRA WILLIAMSON, | Case No. 2:23-cv-00485-APG-NJK |
| 12  Plaintiff, | **ORDER EXTENDING TIME FOR DEFENDANT HARTFORD LIFE AND ACCIDENT INSURANCE COMPANY TO ANSWER OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT** |
| 13  v. | |
| 14  HARTFORD LIFE AND ACCIDENT INSURANCE COMPANY, as Claims Administrator for the Bank of America Long-Term Disability Plan, | |
| 15 | |
| 16  Defendant. | **[First Request]** |
| 17 | |

18

19       Plaintiff Sondra Williamson ("Plaintiff"), through her counsel, Julie A. Mersch of the Law

20  Office of Julie A. Mersch, and Defendant Hartford Life and Accident Insurance Company

21  ("Hartford"), through its counsel, Michael B. Bernacchi and Nancy J. Marr of the law firm of

22  Burke, Williams & Sorensen, LLP, hereby respectfully submit this Stipulation, Request and

23  Order to Extend Time to Answer or Otherwise Respond to Plaintiff's Complaint (the

24  "Stipulation").  This Stipulation is made in accordance with LR 6-1, LR 6-2, and LR II 7-1 of the

25  Local Rules of this Court.  This is the first request for an extension of time for Hartford to file an

26  answer or otherwise respond to Plaintiff's Complaint.

27       Hartford was served with Plaintiff's Complaint on April 10, 2023, making its current

28  responsive pleading due on or before May 1, 2023.  The instant extension is requested as

- 1 -

1  Hartford's counsel requires additional time for the following reasons:  Hartford's counsel only
2  became aware on April 28, 2023 that the company was served with the complaint on April 10,
3  2023.  They thus need additional time to obtain local counsel, apply for admission *pro hac vice*,
4  and review the file in order to prepare a responsive pleading to Plaintiff's Complaint, which may
5  take some time given the complexity of the file.
6        Upon agreement by and between all the parties hereto as set forth herein, the undersigned
7  respectfully requests this Court grant an extension of time, up to and including May 22, 2023, for
8  Hartford to file an answer or otherwise respond to Plaintiff's Complaint.  By entering into this
9  Stipulation, none of the parties waive any rights they have under statute, law or rule with respect
10 to Plaintiff's Complaint.
11       DATED this 1st day of May, 2023.

| | |
|---|---|
| LAW OFFICE OF JULIE A. MERSCH<br>Julie A. Mersch<br><br>By: */s/ Julie A. Mersch*<br>   Julie A. Mersch<br>   1100 East Bridger Avenue<br>   Las Vegas, NV 89101<br><br>Attorneys for Plaintiff<br>Sondra Williamson | BURKE, WILLIAMS & SORENSEN, LLP<br>Michael B. Bernacchi<br>Nancy Jerian Marr<br><br>By: */s/ Michael B. Bernacchi*<br>   Michael B. Bernacchi<br>   444 South Flower Street, Suite 2400<br>   Los Angeles, CA 90071-2953<br><br>Specially Appearing as Attorneys for Defendant<br>Hartford Life And Accident Insurance Company |

**ORDER**

IT IS SO ORDERED.

Dated: May 2, 2023

By: _____
UNITED STATES MAGISTRATE JUDGE