| | |
|---|---|
| 1 | Michael R. Brooks |
| | Nevada Bar No. 007287 |
| 2 | HUTCHISON & STEFFEN, PLLC |
| | Peccole Professional Park |
| 3 | 10080 West Alta Drive, Suite 200 |
| | Las Vegas, NV 89145 |
| 4 | Tel: 702.385.2500 | Fax: 702.385.2086 |
| | E-mail: mbrooks@hutchlegal.com |

Michael R. Brooks
Nevada Bar No. 007287
HUTCHISON & STEFFEN, PLLC
Peccole Professional Park
10080 West Alta Drive, Suite 200
Las Vegas, NV 89145
Tel: 702.385.2500 | Fax: 702.385.2086
E-mail: mbrooks@hutchlegal.com

Michael B. Bernacchi *(Specially Appearing)*
California Bar No. 163657
Nancy Jerian Marr *(Pro Hac Vice)*
California Bar No. 143248
BURKE, WILLIAMS & SORENSEN, LLP
444 South Flower Street, Suite 2400
Los Angeles, CA 90071-2953
Tel: 213.236.0600 | Fax: 213.236.2700
E-mail:  mbernacchi@bwslaw.com; nmarr@bwslaw.com

Attorneys for Defendant
Hartford Life and Accident Insurance Company

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| SONDRA WILLIAMSON,<br><br>                    Plaintiff,<br><br>v.<br><br>HARTFORD LIFE AND ACCIDENT INSURANCE COMPANY, as Claims Administrator for the Bank of America Long-Term Disability Plan,<br><br>                    Defendant. | Case No. 2:23-cv-00485-APG-NJK<br><br>**ORDER FOR ADDITIONAL EXTENSION OF TIME FOR DEFENDANT HARTFORD LIFE AND ACCIDENT INSURANCE COMPANY TO ANSWER OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT**<br><br>**[Second Request]** |

Plaintiff Sondra Williamson ("Plaintiff"), through her counsel, Julie A. Mersch of the Law Office of Julie A. Mersch, and Defendant Hartford Life and Accident Insurance Company ("Hartford"), through its counsel, Michael B. Bernacchi and Nancy J. Marr of the law firm of Burke, Williams & Sorensen, LLP, hereby respectfully submit this second Stipulation, Request and Order for Additional Extension of Time to Answer or Otherwise Respond to Plaintiff's

4863-4893-7316 v1                                                                - 1 -

1  Complaint (the "Stipulation"). This Stipulation is made in accordance with LR IA 6-1, LR IA 6-2,
2  and LR 7-1 of the Local Rules of this Court. This is the second request for an extension of time
3  for Hartford to file an answer or otherwise respond to Plaintiff's Complaint.

4      Hartford was served with Plaintiff's Complaint on April 10, 2023, making its responsive
5  pleading due on or before May 1, 2023. The parties stipulated to, and the Court granted, an
6  extension of time for Hartford to respond to the Complaint to May 22. This second extension is
7  requested as Hartford's counsel requires additional time for the following reasons: Hartford's
8  counsel only became aware on April 28, 2023 that the company was served with the Complaint
9  on April 10, 2023. Hartford's counsel recently associated local counsel and submitted a *pro hac*
10 *vice* application on May 16, 2023, which the Court approved on May 17, 2023. Additional time is
11 required, in order to prepare a responsive pleading to Plaintiff's Complaint, which may take some
12 time given the complexity of the file.

13     Upon agreement by and between all the parties hereto as set forth herein, the undersigned
14 respectfully requests this Court grant an additional two-week extension of time, up to and
15 including June 5, 2023, for Hartford to file an answer or otherwise respond to Plaintiff's
16 ///
17 ///
18 ///
19 ///
20 ///
21 ///
22 ///
23 ///
24 ///
25 ///
26 ///
27 ///
28 ///

Complaint. By entering into this Stipulation, none of the parties waive any rights they have under statute, law, or rule with respect to Plaintiff's Complaint.

DATED this 17th day of May, 2023.

| | |
|---|---|
| LAW OFFICE OF JULIE A. MERSCH<br>Julie A. Mersch<br><br>By: */s/ Julie A. Mersch*<br>　　Julie A. Mersch<br>　　1100 East Bridger Avenue<br>　　Las Vegas, NV 89101<br>Attorney for Plaintiff<br>Sondra Williamson | HUTCHISON & STEFFEN, PLLC<br>Michael R. Brooks<br><br>BURKE, WILLIAMS & SORENSEN, LLP<br>Michael B. Bernacchi<br>Nancy Jerian Marr<br><br>By: */s/ Michael B. Bernacchi*<br>　　Michael B. Bernacchi<br>　　444 South Flower Street, Suite 2400<br>　　Los Angeles, CA 90071-2953<br>Specially Appearing as Attorneys for Defendant<br>Hartford Life And Accident Insurance Company |

**ORDER**

IT IS SO ORDERED:

_____
UNITED STATES MAGISTRATE JUDGE

DATED:  __May 18, 2023_____