# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| SONDRA WILLIAMSON,<br><br>    Plaintiff,<br><br>v.<br><br>HARTFORD LIFE AND ACCIDENT INSURANCE COMPANY,<br><br>    Defendant. | Case No. 2:23-cv-00485-APG-NJK<br><br>**Order** |

To date, the parties have not filed a stipulated discovery plan as required by Local Rule 26-1(a). The parties are hereby **ORDERED** to file, no later than July 27, 2023, a joint proposed discovery plan.

IT IS SO ORDERED.

Dated: July 20, 2023

                                                          Nancy J. Koppe
                                                          United States Magistrate Judge