# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| SONDRA WILLIAMSON,<br><br>    Plaintiff(s),<br><br>v.<br><br>HARTFORD LIFE AND ACCIDENT INSURANCE COMPANY,<br><br>    Defendant(s). | Case No. 2:23-cv-00485-APG-NJK<br><br>**Order**<br><br>[Docket No. 17] |

    Pending before the Court is the parties' discovery plan seeking special scheduling review. Docket No. 17. The discovery plan does not sufficiently explain why a motion to transfer should be filed three months from now after any discovery is underway, *see id.* at 2-3, since such motions are typically considered early in the case, *e.g.*, *Hamilton Int'l Ltd. v. Vortic LLC*, 414 F. Supp. 3d 612, 623 (S.D.N.Y. 2019). The discovery plan also violates the local rules by providing the signature block for judicial approval on a separate page. *See* Local Rule IA 6-2. Accordingly, the discovery plan is **DENIED** without prejudice. An amended discovery plan must be filed by July 25, 2023.

    IT IS SO ORDERED.

    Dated: July 21, 2023

                                                      Nancy J. Koppe<br>                                                    United States Magistrate Judge